United States District Court
District of Connecticut

| United States of America | : | Crim. No. 3:16-cr-243-JCH |
| --- | --- | --- |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| John O'Brien | : | |
|     Defendant | : | April 24, 2017 |

## Supplemental Filing For Sentencing Memorandum

The Defendant, **John O'Brien**, respectfully submits this supplement to his sentencing memorandum, which includes unpublished cases and a United States Sentencing Commission study cited on page 8 of his memorandum. This supplement was too large to file electronically along with the memorandum.

                                              **THE DEFENDANT,**
                                              **John O'Brien**

                                              BY   /s/_____
                                              TRENT A. LaLIMA
                                              Federal Bar No. ct 29520
                                              LAW OFFICES OF HUBERT J. SANTOS
                                              51 Russ Street
                                              Hartford, CT 06106
                                              Tel. (860) 249-6548
                                              Fax (860) 724-5533

# Certification

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

\_\_/s/_____
TRENT A. LALIMA